IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01916-AP

ROY J. SALAS,

          Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

          Defendant.

_____

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:

    Virginia L. Card Smith
    1763 Franklin Street
    Denver, CO 80218-1124
    303.394.9945
    303.832.6947 (fax)
    vsmith3470@aol.com

    For Defendant:

    Sandra Krider
    Special Assistant United States Attorney
    Assistant Regional Counsel
    Office of the General Counsel
    Social Security Administration
    1961 Stout Street, Suite 1001-A
    Denver, CO 80294
    303.844.0015
    303.844.0770 (fax)
    sandra.krider@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is a Social Security appeal.  The Court has jurisdiction pursuant to 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed:** August 12, 2009

    **B.     Date Complaint was Served on U.S. Attorney's Office**: August 31, 2009

    **C.     Date Answer and Administrative Record Were Filed:** October 28, 2009

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

It appears the Administrative Record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The Plaintiff has not submitted nor does he intend to submit any additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not provide any unusual claims or defenses.

**7.     OTHER MATTERS**

The Plaintiff has no other matters to bring to the attention of the Court.

**8.     BRIEFING SCHEDULE**

    **A.     Plaintiff's Opening Brief**: January 13, 2010

        Due to the intervening holiday season, Plaintiff's counsel requests a due date outside the traditional 40 days.  Defendant's counsel does not object to this request.

    **B.     Response Brief due:** February 12, 2010

    **C.     Reply Brief due:** March 1, 2010

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    **A.     Plaintiff's Statement:** The Plaintiff does not request oral argument.

    **B.     Defendant's Statement:**  The Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.    ( )    **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      B.    **(X)**    **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 17th day of November, 2009

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      U.S. DISTRICT COURT JUDGE

| | |
|---|---|
| APPROVED: | DAVID M. GAOUETTE<br>United States Attorney |
| /s Virginia L. Card Smith<br>Virginia L. Card Smith<br>1763 Franklin Street<br>Denver, CO 80218-1124<br>303.394.9945<br>303.832.6947 (fax)<br>vsmith3470@aol.com | KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov |
| | /s Sandra T.Krider<br>Sandra T. Krider<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001-A<br>Denver, CO 80294<br>303.844.0015<br>303.844.0770 (fax)<br>sandra.krider@ssa.gov |
| Attorney for Plaintiff | Attorneys for Defendant |