IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-1916-AP**

**ROY J. SALAS,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER OF DISMISSAL

**KANE, J. ORDERS**

On March 23, 2010, this Court entered an Order to Show Cause requiring Plaintiff to show cause in writing why this case should not be dismissed because Plaintiff failed to timely file his opening brief. The court has reviewed the response and finds that sufficient cause has not been shown as to why Mr. Salas has failed to file his opening brief. The court has further determined that the representation made by Mr. Salas that he has obtained new counsel is not credible. It is, therefore

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

DATED at Denver, Colorado this 7th day of April, 2010.

        BY THE COURT:

        *S/John L. Kane*
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT